**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

REBECCA WILLIAMS, et al.,

    Plaintiffs,

v.                                                     CV No. 18-1054 GBW/CG

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

### ORDER GRANTING MOTION TO EXTEND TIME TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline to File Closing Documents*, (Doc. 50), filed June 27, 2019. The Court, having read the Motion and noting it is jointly filed, finds the Motion is well-taken and is hereby **GRANTED**.

    **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **July 11, 2019**.

                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE