**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

REBECCA WILLIAMS and
JOE RAMIREZ,

      Plaintiffs,

v.                                                No. CV 18-1054 GBW/CG

SAFECO INSURANCE COMPANY
OF AMERICA,

      Defendant.

## STIPULATED ORDER EXTENDING DEADLINE TO FILE CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline to File Closing Documents,* (Doc. 54), filed July 11, 2019. The Court, having read the Motion and noting it is jointly filed, finds the Motion is well-taken and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **August 12, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE